Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 5, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed December 5, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01335-CV

____________

 

IN RE NANCY ARBUCKLE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 5, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In her petition, relator
seeks to have this Court set aside a discovery order issued December 3, 2003,
in cause number 2003-38961 in the 165th District Court of Harris County.  Relator has not
demonstrated that the trial court abused its discretion.  

We deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed December 5, 2003.

Panel consists of
Justices Anderson and Seymore. (Former Chief Justice Scott Brister not
participating.)